UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
         :
UNIVERSITY OF SOUTH FLORIDA RESEARCH    :
FOUNDATION, INC.,    :
    :      20-CV-4080 (JMF)
              Petitioner,    :
    :      <u>ORDER</u>
      -v-    :
    :
UNIVERSITY OF SOUTH FLORIDA BOARD OF    :
TRUSTEES and FUJIFILM MEDICAL SYSTEMS USA,  :
INC.,    :
    :
              Respondents.    :
    :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        On August 25, 2020, the parties filed a motion to stay this case pending resolution of the appeal (the "Appeal") of a related Federal Circuit Court of Appeals case, *University of South Florida Research Foundation, Inc. v. Fujifilm Medical Systems U.S.A., Inc.*, Case No. 2020-1872. *See* ECF No. 7. That motion is GRANTED, and the conference currently scheduled for September 1, 2020, is hereby CANCELED. As there is no reason to keep the case open pending resolution of the appeal, the Clerk is directed to terminate ECF No. 7, and to administratively close the case without prejudice to either party moving by letter-motion to reopen the case **no later than fourteen days** after a ruling in the Appeal.

        SO ORDERED.

Dated: August 26, 2020
       New York, New York

                                      JESSE M. FURMAN
                                      United States District Judge